UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| ANTWAN ELVAGO COPLEN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 6:22-CV-231-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| J. GILLEY, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DENIES** the habeas corpus petition **[R. 1]** filed by Antwan Coplen.

2. The Court **ENTERS** Judgment in favor of the Respondent with respect to all issues raised in this proceeding.

3. This is a **FINAL** and **APPEALABLE** Judgment.

This the 24th day of February, 2023.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY